IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDNEY PATTERSON,<br>      Petitioner | No. 1:23-CV-0819 |
| | (Judge Munley) |
| v. | |
| WARDEN USP CANAAN,<br>      Respondent | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Sidney Patterson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

Date: 3/15/24

BY THE COURT:

*[signature]*

JUDGE JULIA K. MUNLEY
United States District Court